USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
BERNARD HARRIS,

                    Plaintiff,          18 Civ. 5269 (LLS)

      - against -                 ORDER

METRO-NORTH COMMUTER RAILROAD,
                Defendant.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

    So ordered.

Dated:  December 5, 2019
        New York, New York

                                        *Louis L. Stanton*
                                      LOUIS L. STANTON
                                        U. S. D. J.